UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | EAKINS, CHARLES H | § | Case No. 11-29748 |
|---|---|---|---|
| | EAKINS, TERRI | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 02/19/2014 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/17/2014        By:    /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: EAKINS, CHARLES H<br>EAKINS, TERRI<br><br>Debtor(s) | § Case No. 11-29748<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 42,500.00 |
| *and approved disbursements of* | $ 11,723.68 |
| *leaving a balance on hand of* [1] | $ 30,776.32 |

**Balance on hand:** $ 30,776.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 30,776.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 5,000.00 | 0.00 | 5,000.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 16,327.50 | 0.00 | 16,327.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,190.06 | 0.00 | 1,190.06 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 984.00 | 0.00 | 984.00 |

Total to be paid for chapter 7 administration expenses: $ 23,501.56
Remaining balance: $ 7,274.76

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,274.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,822.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 11,822.64 | 0.00 | 7,274.76 |

Total to be paid for priority claims: $ 7,274.76
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,171.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 3,809.16 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 1,362.25 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 115,458.81 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Animal Care Clinic | 314.93 | 0.00 | 0.00 |
| 4 | First American Bank | 115,057.85 | 0.00 | 0.00 |
| 5 | Nuway Disposal Service | 86.03 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 11-29748-ABG
Charles H Eakins                                                    Chapter 7
Terri Eakins
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen                Page 1 of 1         Date Rcvd: Jan 17, 2014
                              Form ID: pdf006             Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2014.
```
db/jdb        +Charles H Eakins,   Terri Eakins,    15641 S 114th Avenue,    Orland Park, IL 60467-4476
18911381      +Animal Care Clinic,    c/o CAB Services,    90 Barney Dr.,    Joliet, IL 60435-6402
17564682      +BAC Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
18003165       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
19003234      +First American Bank,    80 Stratford Drive,    Bloomingdale, IL 60108-2219
17564683      +First American Bank,    c/o Freedman & Anselmo,    PO Box 3228,    Naperville IL 60566-3228
19011895      +Nuway Disposal Service,    Po Box 9,    Mokena, IL 60448-0009
17564689      +X 0000,   CAB Services,    90 Barney Drive,    Joliet IL 60435-6402
17564688      +X 0000,   Drs. Durkin & Fitzpatrick,    4560 W. 103rd Street,    Oak Lawn IL 60453-4869
17564687       X 1265,   Capital One,    PO Box 30285,    Salt Lake City UT 84130-0285
17564695      +X 149 4,    NuWay,   17726 S. Oak Park Ave,    Tinley Park IL 60477-3917
17564684       X 2193,    Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
17564692      +X 2306,    Southtown Paint & Wall,    3401 W. 95th Street,    Evergreen Park IL 60805-2205,   X 3843,
                PNC Bank
17564690      +X 3502,    Dr. Robert Bosack, DDS,    16011 S. 108th Avenue,    Orland Park IL 60467-8786
17564693      +X 7201,    HSBC Bank NA,    c/o ATG Credit,    PO Box 14895,    Chicago IL 60614-8542
17564694      +X 7270,    Indiana Insurance Company,    PO Box 145476,    Cincinnati OH 45250-5476
17564691       X 7987,    Edfinancial Services,    Dept 888055,    Knoxville TN
17564686      +X 8492,    Chase Bank,    c/o Associated Recovery,    PO Box 469046,    Escondido CA 92046-9046
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17564685       E-mail/Text: bnc@ursi.com Jan 18 2014 00:45:50     X 8276,   HSBC,   c/o United Recovery Systems,
                PO Box 722929,   Houston TX 77272-2929
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Crane, Heyman, Simon, Welch & Clar
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2014 at the address(es) listed below:
```
              Eugene Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul C Sheils    on behalf of Debtor Charles H Eakins attorney@paulsheils.com
              Paul C Sheils    on behalf of Joint Debtor Terri  Eakins attorney@paulsheils.com
              Toni Dillon    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6
```