UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: EAKINS, CHARLES H § Case No. 11-29748
      EAKINS, TERRI §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $364,900.00      Assets Exempt: $12,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,274.76      Claims Discharged
                                                    Without Payment: $168,764.86

Total Expenses of Administration: $35,225.24

---

    3) Total gross receipts of $ 42,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $42,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $350,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 35,225.24 | 35,225.24 | 35,225.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,907.42 | 11,822.64 | 11,822.64 | 7,274.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 161,564.04 | 120,630.22 | 120,630.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $523,471.46 | $167,678.10 | $167,678.10 | $42,500.00 |

4) This case was originally filed under Chapter 7 on July 20, 2011. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2014          By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Rinker boat | 1129-000 | 7,500.00 |
| Vacant lot-15531 S. 116th Ave., Orland Park | 1110-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$42,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC Home Loans | 4110-000 | 350,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$350,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 16,327.50 | 16,327.50 | 16,327.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 1,190.06 | 1,190.06 | 1,190.06 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 984.00 | 984.00 | 984.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| Chicago Title and Trust Company | 2500-000 | N/A | 1,578.00 | 1,578.00 | 1,578.00 |
| Chicago Title and Trust Company | 2820-000 | N/A | 52.50 | 52.50 | 52.50 |
| Chicago Title and Trust Company | 3991-620 | N/A | 575.00 | 575.00 | 575.00 |
| Chicago Title and Trust Company | 2820-000 | N/A | 6,330.65 | 6,330.65 | 6,330.65 |
| Chicago Title and Trust Company | 3510-000 | N/A | 1,575.00 | 1,575.00 | 1,575.00 |
| Melvin Brooks | 2500-000 | N/A | 13.00 | 13.00 | 13.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.20 | 44.20 | 44.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.88 | 50.88 | 50.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.08 | 49.08 | 49.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.75 | 55.75 | 55.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.87 | 48.87 | 48.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.82 | 53.82 | 53.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.30 | 63.30 | 63.30 |
| American Auction Associates, Inc. | 3620-000 | N/A | 452.46 | 452.46 | 452.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.72 | 60.72 | 60.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 70.99 | 70.99 | 70.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.39 | 64.39 | 64.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.12 | 62.12 | 62.12 |
| Rabobank, N.A. | 2600-000 | N/A | 48.01 | 48.01 | 48.01 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 27.27 | 27.27 | 27.27 |
| Rabobank, N.A. | 2600-000 | N/A | 41.93 | 41.93 | 41.93 |
| Rabobank, N.A. | 2600-000 | N/A | 43.35 | 43.35 | 43.35 |
| Rabobank, N.A. | 2600-000 | N/A | 47.77 | 47.77 | 47.77 |
| Rabobank, N.A. | 2600-000 | N/A | 46.20 | 46.20 | 46.20 |
| Rabobank, N.A. | 2600-000 | N/A | 41.67 | 41.67 | 41.67 |
| Rabobank, N.A. | 2600-000 | N/A | 49.05 | 49.05 | 49.05 |
| Rabobank, N.A. | 2600-000 | N/A | 44.52 | 44.52 | 44.52 |
| Rabobank, N.A. | 2600-000 | N/A | 42.97 | 42.97 | 42.97 |
| Rabobank, N.A. | 2600-000 | N/A | 48.84 | 48.84 | 48.84 |
| Rabobank, N.A. | 2600-000 | N/A | 41.37 | 41.37 | 41.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $35,225.24 | $35,225.24 | $35,225.24 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 11,907.42 | 11,822.64 | 11,822.64 | 7,274.76 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $11,907.42 | $11,822.64 | $11,822.64 | $7,274.76 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 3,809.16 | 3,809.16 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,288.91 | 1,362.25 | 1,362.25 | 0.00 |
| 3 | Animal Care Clinic | 7200-000 | 314.00 | 314.93 | 314.93 | 0.00 |
| 4 | First American Bank | 7200-000 | 116,205.00 | 115,057.85 | 115,057.85 | 0.00 |
| 5 | Nuway Disposal Service | 7200-000 | 169.37 | 86.03 | 86.03 | 0.00 |
| NOTFILED | Edfinancial Services | 7100-000 | 2,274.15 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Robert Bosack, DDS | 7100-000 | 475.76 | N/A | N/A | 0.00 |
| NOTFILED | Southtown Paint & Wall | 7100-000 | 532.30 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank NA | 7100-000 | 10,680.60 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Insurance Company | 7100-000 | 1,181.00 | N/A | N/A | 0.00 |
| NOTFILED | Drs. Durkin & Fitzpatrick | 7100-000 | 453.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | 141.80 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 2,861.56 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 5,035.59 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans | 7100-000 | 19,951.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $161,564.04 | $120,630.22 | $120,630.22 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-29748  
**Case Name:** EAKINS, CHARLES H  
                  EAKINS, TERRI  
**Period Ending:** 04/08/14

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 07/20/11 (f)  
**§341(a) Meeting Date:** 08/17/11  
**Claims Bar Date:** 12/30/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 15641 S 114th Ave Orland Park, IL<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 350,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Checking 90752<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Checking 904897451<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 100% Stock Eakins Construction, Inc.<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | Unknown | | 0.00 | FA |
| 8 | 2005 Ford 150<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 4,500.00 | 2,100.00 | | 0.00 | FA |
| 9 | 2003 GMC Envoy<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2003 Rinker boat<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 12,000.00 | | 7,500.00 | FA |
| 11 | Tool trailer and hand and small power tools<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | Vacant lot-15531 S. 116th Ave., Orland Park | 35,000.00 | 35,000.00 | | 35,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-29748  
**Case Name:** EAKINS, CHARLES H  
EAKINS, TERRI  
**Period Ending:** 04/08/14

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 07/20/11 (f)  
**§341(a) Meeting Date:** 08/17/11  
**Claims Bar Date:** 12/30/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Assets Totals (Excluding unknown values) | $411,900.00 | $49,100.00 | | $42,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

12/31/11: Debtors owned a vacant lot free and clear, Trustee retained RE broker and she has found a buyer. Motion filed to Sell which was approved by BK Court. Trustee also investigating value of Debtors motor boat.

12/31/2012: Retained accountant, will have taxes prepared and then close case

12/09/2013: Filed TFR with USTO

01/17/2014: Final Hg set for 02/19 at 10am J-Goldgar

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** December 9, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-29748 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | EAKINS, CHARLES H | | Bank Name: | The Bank of New York Mellon |
| | EAKINS, TERRI | | Account: | 9200-******50-65 - Checking Account |
| Taxpayer ID #: | **-***5463 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/08/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/02/12 | | Chicago Title and Trust Company | Settlement on sale of vacant lot | | 24,888.85 | | 24,888.85 |
| | {12} | | Gross Receipts Sale of Vacant Lot    35,000.00 | 1110-000 | | | 24,888.85 |
| | | | Title Co. Charges for Closing    -1,578.00 | 2500-000 | | | 24,888.85 |
| | | | Transfer taxes    -52.50 | 2820-000 | | | 24,888.85 |
| | | | Survey fees    -575.00 | 3991-620 | | | 24,888.85 |
| | | | RE Taxes    -6,330.65 | 2820-000 | | | 24,888.85 |
| | | | Broker commission    -1,575.00 | 3510-000 | | | 24,888.85 |
| 02/29/12 | 1001 | Melvin Brooks | Reimbursement for tax redemption search for sale of real property | 2500-000 | | 13.00 | 24,875.85 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.20 | 24,831.65 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.88 | 24,780.77 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.08 | 24,731.69 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.75 | 24,675.94 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.87 | 24,627.07 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.82 | 24,573.25 |
| 08/08/12 | {10} | American Auction Associates, Inc. | Proceeds from Auction of 2003 Rinker Boat and trailer | 1129-000 | 7,500.00 | | 32,073.25 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.30 | 32,009.95 |
| 09/10/12 | 1002 | American Auction Associates, Inc. | Payment of expenses for auction sale of Rinker Boat | 3620-000 | | 452.46 | 31,557.49 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.72 | 31,496.77 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.99 | 31,425.78 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.39 | 31,361.39 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.12 | 31,299.27 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 31,299.27 | 0.00 |
| | | | ACCOUNT TOTALS | | 32,388.85 | 32,388.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 31,299.27 | |
| | | | Subtotal | | 32,388.85 | 1,089.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $32,388.85 | $1,089.58 | |

{} Asset reference(s)                                                                                                     Printed: 04/08/2014 02:26 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-29748  
**Case Name:** EAKINS, CHARLES H  
EAKINS, TERRI  
**Taxpayer ID #:** **-***5463  
**Period Ending:** 04/08/14

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****709065 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 31,299.27 | | 31,299.27 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.01 | 31,251.26 |
| 02/07/13 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #11-29748, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 27.27 | 31,223.99 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.93 | 31,182.06 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.35 | 31,138.71 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.77 | 31,090.94 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.20 | 31,044.74 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.67 | 31,003.07 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.05 | 30,954.02 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.52 | 30,909.50 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.97 | 30,866.53 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.84 | 30,817.69 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.37 | 30,776.32 |
| 02/19/14 | 11004 | EUGENE CRANE | Dividend paid 100.00% on $5,000.00, Trustee Compensation; Reference: | 2100-000 | | 5,000.00 | 25,776.32 |
| 02/19/14 | 11005 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $984.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 984.00 | 24,792.32 |
| 02/19/14 | 11006 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $16,327.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 16,327.50 | 8,464.82 |
| 02/19/14 | 11007 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,190.06, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,190.06 | 7,274.76 |
| 02/19/14 | 11008 | Internal Revenue Service | Dividend paid 61.53% on $11,822.64; Claim# 1P; Filed: $11,822.64; Taxpayer ID#xxx-xx-2193, xxx-xx-4995 | 5800-000 | | 7,274.76 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 31,299.27 | 31,299.27 | $0.00 |
| Less: Bank Transfers | | 31,299.27 | 0.00 | |
| **Subtotal** | | 0.00 | 31,299.27 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$31,299.27** | |

{} Asset reference(s)    Printed: 04/08/2014 02:26 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-29748 | | **Trustee:** | EUGENE CRANE (330350) |
|---|---|---|---|---|
| **Case Name:** | EAKINS, CHARLES H | | **Bank Name:** | Rabobank, N.A. |
| | EAKINS, TERRI | | **Account:** | ****709065 - Checking Account |
| **Taxpayer ID #:** | **-***5463 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/08/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

Net Receipts :  32,388.85
Plus Gross Adjustments :  10,111.15
                          _____
Net Estate :  $42,500.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******50-65** | 32,388.85 | 1,089.58 | 0.00 |
| **Checking # ****709065** | 0.00 | 31,299.27 | 0.00 |
| | $32,388.85 | $32,388.85 | $0.00 |

{} Asset reference(s)                                                                     Printed: 04/08/2014 02:26 PM    V.13.14